# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  **CASE NO: 6:24-cr-52-RBD-EJK**

**JOANNE HAMLET**

---

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

The Court adopts the Report and Recommendation Concerning Plea of Guilty (Doc. 34) entered by the Honorable Embry J. Kidd, United States Magistrate Judge, to which Notices of No Objection have been filed (Docs. 35 and 36). The Court hereby accepts the Defendant's plea of guilty to Counts One and Ten of the Indictment, and the Defendant is adjudged guilty of such offenses.

**SENTENCING** for the Defendant is hereby scheduled for **Monday, September 23, 2024, at 10:00 AM** before the undersigned in the United States Courthouse, Courtroom 4A, Fourth Floor, 401 West Central Boulevard, Orlando, Florida 32801.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED <u>NO LATER THAN SEVEN (7) DAYS PRIOR TO THE DATE OF SENTENCING.</u>

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 23, 2024.



ROY B. DALTON, JR.
United States District Judge

Copies: Counsel of Record